# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiffs,<br><br>   vs.<br><br>DAVID ACOSTA,<br><br>                          Defendants. | 8:14CR117<br><br>ORDER |

This matter is before the Court on the Defendant David Acosta's "Motion for Judicial Recommendation for Extended Length of Residential Re-Entry Center Placement, Pursuant to 18 U.S.C. § 3621(b) and the Second Chance Act of 18 U.S.C. § 3624(c)(1), as Applicable," ECF No. 165. The Defendant asks the Court to recommend to the Bureau of Prisons that the Defendant be placed in a Residential Re-Entry Center halfway house for the final twelve months of his prison sentence.

While the undersigned judge has no objection to the Defendant's placement in a Residential Re-Entry Center during the final twelve months of his sentence, it is the policy of the undersigned not to initiate such recommendations to the Bureau of Prisons because the case managers within the Bureau are in the best position to evaluate a defendant's needs and to make such determinations regarding limited resources.

Accordingly,

IT IS ORDERED:

Defendant David Acosta's "Motion for Judicial Recommendation for Extended Length of Residential Re-Entry Center Placement, Pursuant to 18 U.S.C. § 3621(b) and the Second Chance Act of 18 U.S.C. § 3624(c)(1), as Applicable," ECF No. 165, is granted in part, as follows:

The Court has no objection to the Defendant's placement in a Residential Re-Entry Center for the final twelve months of his term of incarceration,

And the Motion is otherwise denied.

Dated this 26th day of July, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge